AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

CSC Holdings, Inc.

APPEARANCE

v.

Lee Grosman, individually and d/b/a a1192k, American Sales a/k/a AmSALES and digital-cable-box-net

CASE NUMBER: CA04-184S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendants.

I certify that I am admitted to practice in this court.

6/22/05

*Date*

*Signature*

ROBERT D. OSTER 2287

*Print Name* *Bar Number*

936 Smithfield Ave

*Address*

Lincoln RI 02865

*City* *State* *Zip Code*

724-2400 724-1188

*Phone Number* *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.