**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-184S** **DATE: June 23, 2005**

**TITLE:** **CSC Holdings, Inc. v. Lee Oresman, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Steve Reid, Esq.
Bob Oster, Esq.

**PROCEEDING:** Plaintiff's Motion for Entry of Default Judgment

**RULING:** Agreement reached.
Agreement put on record.
Court will recommend default judgment.
R&R to follow.