UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CSC HOLDINGS, INC., Plaintiff, v. LEE ORESMAN, ET AL., Defendants. | C.A. No. 04-184S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 24 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Entry of Default Judgment is GRANTED in the amount of $186,000.00. In the event Plaintiff files notice that the $30,000.00 lump-sum settlement payment has been timely made or Defendants otherwise provide proof to this Court of such timely payment, the District Court itself or the Clerk will mark the Default Judgment as "Satisfied in Full".

By Order,
[signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
United States District Judge

Date: 7/13/05