UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CSC HOLDINGS, INC., Plaintiff,

v.

LEE ORESMAN, individually and d/b/a all4j2k, AMERICAN SALES a/k/a AMSALES, and digital-cable-box.net, Defendants.

Case No.: CA 04-184-S

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**DEFAULT JUDGMENT**

**WHEREAS**, plaintiff CSC Holdings, Inc. ("Plaintiff" or "Cablevision") commenced this action alleging, inter alia, that the above-captioned defendants (collectively, "Defendants") have engaged in the manufacture, modification, distribution and/or sale of cable television descrambling devices and equipment to customers within Cablevision's service areas for the interception of the Cablevision's proprietary telecommunications programming services in violation of the Communications Act of 1934, as amended, 47 U.S.C. sections 553 (a)(1) and (2) ("Plaintiff's claims"); and

**WHEREAS,** the Plaintiff and the Defendants agreed to settle this action and filed a document entitled "Consent Judgment and Order of Permanent Injunction" which contained the terms of settlement; and

**WHEREAS,** the Consent Judgment and Order of Permanent Injunction required the Defendants to make certain settlement payments, and further provided to Plaintiff default remedies in the event Defendants did not perform their monetary settlement obligations; and

**WHEREAS,** this Court entered the Consent Judgment and Order of Permanent Injunction on May 27, 2004; and

**WHEREAS,** it appears from the affidavit of Wayne R. Louis and the Consent Judgment and Order of Permanent Injunction that Plaintiff is entitled to a default judgment against defendants in the amount of one hundred eighty six thousand dollars ($186,000.00)[1] ;

**NOW THEREFORE,** it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Clerk is directed to enter judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of one hundred eighty six thousand dollars ($186,000.00); and it is further

**ORDERED, ADJUDGED AND DECREED** that the injunction and other non-monetary provisions of the Consent Judgment and Order of Permanent Injunction shall remain in effect.

**SO ORDERED** on 7/13, 2005

W.Smn

**UNITED STATES DISTRICT JUDGE**

---

1 Defendants have paid to Plaintiff fourteen thousand dollars ($14,000.00) of the fifty thousand dollars ($50,000.00) they agreed to pay. Affidavit of Wayne R. Louis in Support of Plaintiff's Motion for Entry of Default Judgment at par 4. According to the Consent Judgment and Order of Permanent Injunction, in the event Defendants were to default on their monetary settlement obligations, Plaintiff would be entitled to judgment in the amount of two hundred thousand dollars ($200,000.00), less all amounts previously paid by Defendants at the time of their default. Consent Judgment and Order of Permanent Injunction at 3.